No. 94–7675.   LEZINE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 94–7676.   KALINOWSKI v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 94–7677.   SANTANA-LOPEZ, CHARGED AS LOPEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 94–7679.   ARMOUR v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 94–7680.   STEIN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 94–7685.   TAI TAN DUONG v. UNITED STATES; and
No. 94–7721.   CHI THIEN DUONG v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 94–7688.   SMITH v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 94–7689.   PIKE v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 94–7690.   POWERS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 94–7695.   ASHLEY v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 94–7696.   ELEY v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 94–7697.   NEGRIN v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 94–7701.   PUENTES v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 94–7705.   WILLIAMS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 94–7706.   THURSTON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.